```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08552
   PAUL A. MALNAR
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0087


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/10/07 and confirmed on 08/30/07.

   2.  The case was dismissed after confirmation, 08/22/2008.

   3.  The Debtor paid a total of $   8080.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
AMERICAN HONDA FINANCE    SECURED VEHIC         .00            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          1899.87            .00         1899.87
BECKET & LEE LLP          UNSECURED         7372.70            .00          796.12
BEST BUY                  UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED          909.92            .00           98.25
CAPITAL ONE BANK          UNSECURED         4064.64            .00          438.90
CAPITAL ONE BANK          UNSECURED         2198.87            .00          237.44
RESURGENT CAPITAL SERVIC  UNSECURED         3597.03            .00          388.40
E TRADE                   UNSECURED         6401.22            .00          691.21
PREMIER BANKCARD/CHARTER  UNSECURED          578.34            .00           62.45
CHECK N GO                UNSECURED        NOT FILED           .00             .00
HSBC                      UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED         3076.92            .00          332.25
ECAST SETTLEMENT CORPORA  UNSECURED         1952.89            .00          210.87
THE CASH STORE            UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA  UNSECURED        13681.52            .00         1477.35
INTERNAL REVENUE SERVICE  UNSECURED          102.76            .00           11.09
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00    1899.87     43936.81         .00       45836.68
PRINCIPAL PAID           .00    1899.87      4744.33         .00        6644.20
INTEREST PAID            .00        .00          .00         .00             .00
TOTAL PAID               .00    1899.87      4744.33         .00        6644.20
The Debtor's attorney, STUART B HANDELMAN              , was allowed $   3500.00
and was paid $   2500.00  direct and $   1000.00  through the plan.

The Trustee received $    435.80 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 11/13/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE